IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
IN RE: NOTICE OF REMOVAL          :
FILED BY WILLIAM EINHORN,         :   HONORABLE JOSEPH E. IRENAS
ADMINISTRATOR OF THE              :
TEAMSTERS HEALTH AND WELFARE      :   Civil Action No. 07-1003 (JEI)
FUND OF PHILADELPHIA &            :
VICINITY                          :   ORDER REMANDING CASE AND
                                      DISMISSING AS MOOT WILLIAM
------------------------------        EINHORN'S MOTION TO DISMISS
                                  :   OR ALTERNATIVELY, FOR
JOHN SHEPPARD,                    :   SUMMARY JUDGMENT
                                  :        (Docket # 4)
         Plaintiff,               :
                                  :
     v.                           :
                                  :
DIANE SHEPPARD,                   :
                                  :
         Defendant.               :
```

**APPEARANCES:**

RUSSELL AND RUSSELL
By: Brock D. Russell, Esq.
706 N. High Street
P.O. Box 290
Millville, NJ 08332
    Counsel for Plaintiff

STEVENS & LEE
By: Jo Bennett, Esq.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
    Counsel for William T. Einhorn, Administrator of the
    Teamsters Health and Welfare Fund of Philadelphia & Vicinity

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon the Notice

of Removal filed by William T. Einhorn, Administrator of the

Teamsters Health and Welfare Fund of Philadelphia & Vicinity

("the Fund"); the Court having issued an Order to Show Cause why this case should not be remanded for lack of jurisdiction; having heard oral argument and considered the Fund's submission in response to the Order to Show Cause; and for the reasons set forth in an Opinion issued on even date herewith which findings of fact and conclusions of law are incorporated herein by reference; and for good cause appearing;

**IT IS** on this 3rd day of April, 2007,

**ORDERED THAT:**

1. This case is hereby **REMANDED** to Superior Court of New Jersey, Chancery Division, Family Part, Cumberland County (Superior Court Docket FM 06 171 07).

2. The Fund's Motion to Dismiss or Alternatively for Summary Judgment (Docket # 4) is hereby **DISMISSED AS MOOT.**

3. The Clerk of Court is hereby directed to close this case.

s/ Joseph E. Irenas
JOSEPH E. IRENAS, S.U.S.D.J.